NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HARLEYSVILLE PREFERRED INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> EAST COAST PAINTING & MAINTENANCE, LLC, et al., <br><br> Defendants. | Civil Action No: 16-8603-SDW-LDW <br><br> **ORDER** <br><br><br> August 12, 2019 |

**WIGENTON**, District Judge.

This matter, having come before this Court on 1) Harleysville Preferred Insurance Company's ("Plaintiff" or "Harleysville") Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure ("Rule") 56; 2) Arch Specialty Insurance Company's Cross-Motion for Summary Judgment; 3) Admiral Insurance Company and Rukh Enterprises, Inc.'s Cross-Motion for Summary Judgment; and 4) Harleysville's Motion for Default Judgment against Defendants East Coast Painting and Maintenance, LLC ("East Coast") and Marcelo DeJesus ("DeJesus") pursuant to Rule 55, and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated August 12, 2019,

**IT IS** on this 12th day of August, 2019

**ORDERED** that Plaintiff's motion for summary judgment is **DENIED** and Defendants' cross-motions for summary judgment are **GRANTED**. Harleysville's motion for default judgment is **DENIED without prejudice**.

s/ *Susan D. Wigenton*
**UNITED STATES DISTRICT JUDGE**

Orig:      Clerk
cc:        Leda D. Wettre, U.S.M.J.
           Parties